MARTIN DEBOLD, Respondent, *v.* FRANK C. KINSCHER, Individually and as Executor of JOHANNAH McL. DEBOLD, et al., Appellants, et al., Defendants.

Submitted January 4, 1945; decided February 21, 1945.

*Edward H. Freiberger* for Marie A. Smith, appellant.
*Morris A. Sidikman* for Frank C. Kinscher, appellant.
*Benjamin Cohn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.